Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| | | DATE | 12/27/2000 |
| CASE NUMBER | 00 C 6411 | | |
| CASE TITLE | Annette R. Ballantyne vs. Marvin E. Aspen et al. | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**MOTION:** Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. We deny the pending motions a[nd] dismiss the case for lack of jurisdiction. At the status hearing today plaintiff orally moved to file in form[a] pauperis. She has already paid the $150 filing fee, but we have no doubt she qualifies for that status. [We] grant that motion in the hope that she can recover the fee paid, but without any certainty that is possi[ble] once the fee has been paid.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | number of notices |
| | No notices required. | | DEC 2.8 2000 |
| | Notices mailed by judge's staff. | | date docketed |
| | Notified counsel by telephone. | | |
| ✓ | Docketing to mail notices. | | docketing deputy initials |
| ✓ | Mail AO 450 form. | | |
| | Copy to judge/magistrate judge. | | date mailed notice |
| WAH | courtroom deputy's initials | Date/time received in central Clerk's Office | mailing deputy initials |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANNETTE R. BALLANTYNE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MARVIN E. ASPEN and DEBRA )<br>CAMPBELL, )<br>)<br>Defendants. ) | No. 00 C 6411<br><br>DOCKETED<br>DEC 2 8 2000 |

## MEMORANDUM OPINION AND ORDER

The events leading up to this lawsuit apparently go back to a lawsuit filed in 1988, Ballantyne v. Winiecki, 88 C 9200, and dismissed by Chief Judge Aspen in 1989. Appeals were dismissed three times, most recently on July 27, 2000. A number of motions were then denied. From what was asked for there, and what has been filed here, it appears that plaintiff believes that the United States courts are holding funds to which she is entitled, although the basis for such a belief is not explained and the court records do not provide an answer.

In any event, plaintiff apparently seeks relief which Chief Judge Aspen denied twelve years ago and the Court of Appeals has thrice denied. Chief Judge Aspen is, of course, immune from suit grounded on his judicial actions and this court has no jurisdiction to consider matters laid to rest by the Court of Appeals. We deny the pending motions and dismiss the case for lack of jurisdiction.

At the status hearing today plaintiff orally moved to file *in forma pauperis*. She has already paid the $150 filing fee, but we have no doubt she qualifies for that status. We grant that motion in the hope that she can recover the fee paid, but without any certainty that is



possible once the fee has been paid.

                                                                           */s/ James B. Moran*
                                                                           JAMES B. MORAN
                                                               Senior Judge, U. S. District Court

Dec. 27, 2000.